**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| 3501 13th STREET NW, LLC, | * | Case No.: 13-22333-TJC |
| | * | |
| Debtor. | * | (Chapter 11) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE**
**CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

The debtor-in-possession, 3501 13th Street NW, LLC ("Debtor") by counsel, Alan D.

Eisler and Meyers Eisler, LLC, and moves this Court, pursuant to 11 U.S.C. § 1121 (d)(1) to

extend the time for the Debtor to file its Chapter 11 Plan of Reorganization and Disclosure

Statement and in support thereof states as follows:

1.      This case was commenced by the filing of a voluntary petition for relief pursuant

to Chapter 11 of the United States Bankruptcy Code on July 19, 2013 (the "Petition Date").

2.      At all times since the Petition Date, the Debtor has remained in possession of its

assets and in control of the management of its affairs.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1134 and

1121, and this matter is a core proceeding pursuant to 28 U.S.C. §157(b).

4.      On November 15, 2013, the Debtor filed a Motion for Order Authorizing

Extension of Time to File Chapter 11 Plan of Reorganization and Disclosure Statement

[Dkt. 48].

5.      On December 4, 2013, Roger Schlossberg, the Chapter 7 trustee in the bankruptcy

case of Steven Madeoy (Case No. 12-32701), a member of the Debtor, filed a Response in

Support of Motion for Order Authorizing Extension of Time to File Chapter 11 Plan of

Reorganization and Disclosure Statement [Dkt. #56].

6.     On December 16, 2013, the Court entered an Order Granting Motion for Order

Authorizing Extension of Time to File Chapter 11 Plan of Reorganization and Disclosure

Statement [Dkt. 63], extending the deadline to file a Plan and Disclosure Statement to

February 14, 2014 and extending the time to obtain acceptances to the Plan to April 15, 2014.

7.     On February 14, 2014, a Second Motion to Extend Exclusivity Period for Filing a

Chapter 11 Plan and Disclosure Statement [Dkt. #103] was filed on behalf of the Debtor by

undersigned counsel, the Debtor's second counsel in this case.

8.     On February 17, 2014, a Second Motion to Extend Time to File Chapter 11 Plan

and Disclosure Statement [Dkt. #104] was filed on behalf of the Debtor by Richard Gins, the

Debtor's original counsel in this case.

9.     On March 27, 2014, the Court entered a Consent Order Granting Motion for

Order Authorizing Extension of Time to File Chapter 11 Plan of Reorganization and Disclosure

Statement [Dkt. #145], which was consented to by all parties.  The Order extended the deadline

to file a Plan and Disclosure Statement to May 14, 2014 and extended the time to obtain

acceptances to the Plan to July 13, 2014.

10.     The parties now request that the Court enter another Consent Order Granting

Motion for Order Authorizing Extension of Time to File Chapter 11 Plan of Reorganization and

Disclosure Statement, which has been consented to by all parties.

11.     The Debtor has filed its monthly operating reports and cooperated with the U.S.

Trustee's office throughout this proceeding.

2

12.    The parties have successfully worked together through numerous issues throughout this case, and seek to continue to work together throughout the remainder of this case.

13.    At this time, the Debtor would request a 60 day extension of the exclusive period and a 60 day extension of time to obtain acceptances of the Plan.

14.    No creditor will be prejudiced by this extension.

15.    The Debtor has shown good cause and should be allowed an extension pursuant to 11 U.S.C. §1121(d)(1).

WHEREFORE, it is respectfully requested that this Honorable Court extend the exclusive period deadline of the Debtor to file a Disclosure Statement and Plan of Reorganization to July 14, 2014, and also extend the acceptance period for 60 days to September 12, 2014.

Dated:  May 14, 2014                           Respectfully submitted,

MEYERS EISLER, LLC


By:*/s/ Alan D. Eisler*
    Alan D. Eisler, Bar No. 11524
    3206 Tower Oaks Blvd., 4th Floor
    Rockville, MD 20852
    Phone: (240) 283-1164
    Fax: (240) 283-1179
    Email: aeisler@meyerseisler.com
    Attorneys for Debtor

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 14th of May, 2014, the Motion for Order Authorizing Extension of Time to File Chapter 11 Plan of Reorganization and Disclosure Statement was served electronically through the CM/ECF system to all parties on the Electronic Mail Notice List for this case and by email as follows:

> Leander D. Barnhill, Esquire
> Office of the U.S. Trustee
> 6305 Ivy Lane, Suite 600
> Greenbelt, MD 20770
> *Email:  Leander.D.Barnhill@usdoj.gov*
>
> Richard H. Gins, Esq.
> The Law Office of Richard H. Gins, LLC
> 4710 Bethesda Avenue, Suite 204
> Bethesda, MD 20814
> *Email:  richard@ginslaw.com*
>
> Matthew H. Simmons, Esq.
> 401 E. Jefferson Street, Suite 201
> Rockville, MD 20850
> *Email:  matt@hoylaw.com*
>
> David Scott Posey
> 14630 Triadelphia Mill Rd.
> Dayton, MD 21036
> *Email:  davidscottposey@msn.com*
>
> Roger Schlossberg, Esquire
> 134 West Washington Street
> P.O. Box 4227
> Hagerstown, MD 21740-4227
> *Email:  rschlossberg@schlosslaw.com*
>
> Paul Sweeney, Esquire
> Yumkas, Vidmar & Sweeney, LLC
> 2530 Riva Road, Suite 400
> Annapolis, MD  21401
> *Email:  psweeney@yvslaw.com*

> */s/ Alan D. Eisler*
> Alan D. Eisler

4